UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARRYL ALLEN BURGESS,<br><br>　　　　　Defendant. | Case No. CR01-5509T<br><br>ORDER RETURNING DOCUMENTS WITHOUT ACTION |

Defendant has filed a letter [Dkt. 39] to the Clerk in the above-entitled closed case in which judgment was entered in April 2002. The letter appears to relate to Federal income tax matters and bears no relationship to the above cause of action. In addition to the filed letter, Defendant has submitted multiple copies and attachments to the Clerk, which documents must be returned.

ACCORDINGLY,

IT IS ORDERED: The Clerk shall return the documents to Defendant and no action will be taken with respect to these documents or the filed letter.

DATED this 25th day of August, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1